```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
           -v.-                     :    22 Cr. 228 (AT)
                                    :
FRANKLIN RAY, and                   :
JOSEPH WINGET,                      :
                                    :
               Defendants.          :
                                    :
---------------------------------- X

    Upon the application of the United States, by the United

States Attorney for the Southern District of New York, Damian

Williams, by Assistant United States Attorney Matthew Weinberg,

dated May 18, 2022;

    WHEREAS on or about August 4, 2021, the Government sought and

from the Honorable Valerie E. Caproni an order authorizing the

United States Internal Revenue Service ("IRS") to disclose

taxpayer return information relevant to an ongoing investigation

    WHEREAS on or about August 5, 2021, Judge Caproni signed such

an order (the "Tax Order");

    WHEREAS on or about September 16, 2021, the IRS produced

documents to the Government in response to the Tax Order (the "Tax

Documents");

    IT IS HEREBY ORDERED that, giving due consideration to

congressional policy favoring the confidentiality of returns and

return information as set forth in Title 26, United States Code,

the Tax Documents are required to be produced pursuant to Rule 16

of the Federal Rules of Criminal Procedure.

SO ORDERED.

Dated: New York, New York
       May 23, 2022
                                    _____
                                        ANALISA TORRES
                                    United States District Judge