USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/30/2022__

LAW OFFICES
# DAVID WIKSTROM
5 COLUMBUS CIRCLE - 11TH FLOOR
NEW YORK, NEW YORK 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

August 25, 2022

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: United States v. Franklin Ray, et al.
       22 CR 228 (AT)

Dear Judge Torres:

    By this letter motion, I, along with my cocounsel Christopher Madiou, Esq., respectfully move to be relieved as counsel to Mr. Ray. In addition, we ask that the Court appoint counsel for Mr. Ray under the Criminal Justice Act.

    While this letter motion is being filed on ECF, I ask that my declaration in support of it be received *ex parte* and under seal for the reasons therein stated, as provided in Local Criminal Rule 1.2 and Local Civil Rule 1.4 (providing that the Court may permit the reasons for withdrawal to be stated in camera and under seal in an appropriate case).

    Thanking the Court in advance for its consideration and attention, I am

GRANTED.

SO ORDERED.

Dated: August 30, 2022
      New York, New York

*signature*
ANALISA TORRES
United States District Judge