UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

FRANKLIN RAY,

                        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2022
```

22 Cr. 228-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The C.J.A. attorney assigned to receive cases on this day, August 30, 2022, is hereby ordered to assume representation of the defendant in the above captioned matter, *nunc pro tunc* August 30, 2022.

Dated: August 30, 2022
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge