**ANTHONY STRAZZA, ESQ.**
245 MAIN STREET, SUITE 420, WHITE PLAINS, NY 1
OFFICE: 914.428.3700 ♦ FAX: 914.517.5952 ♦ AS@STRAZ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/30/2022__

September 28, 2022

**By ECF**
Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Franklin Ray</u>
             22 Cr. 228 (AT)

Dear Judge Torres:

     I represent the defendant, Franklin Ray, in the above referenced matter. I am writing to request a modification of Mr. Ray's bail conditions, to permit him to travel for his son's upcoming wedding. More specifically, Mr. Ray would like to travel from Detroit, Michigan to Orlando, Florida from October 12, 2022 through October 16, 2022. Mr. Ray would be flying commercial and staying at Disney's Polynesian Resort. The Government has deferred to Pretrial Service's position regarding this request. Pretrial Officer Susan Dely has informed defense counsel that she has "no issue with this request," as Mr. Ray has been "in compliance."

     Thank you in advance for your consideration.

                                        Respectfully submitted,

                                             -s-

                                        Anthony Strazza

GRANTED.

SO ORDERED.

Dated: September 30, 2022
       New York, New York

                                      ANALISA TORRES
                           United States District Judge