```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/3/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FRANKLIN RAY
JOSEPH WINGET,

                  Defendants.

22 Cr. 228 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for January 3, 2023, is ADJOURNED *sine die*.

SO ORDERED.

Dated: January 3, 2023
       New York, New York

                                      ANALISA TORRES
                                United States District Judge