**ANTHONY STRAZZA, ESQ.**
245 MAIN STREET, SUITE 420, WHITE PLAINS, NY
OFFICE: 914.844.1551 ♦ FAX: 914.517.5952 ♦ AS@STRA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/2/2023__
```

March 1, 2023

**By ECF**
Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Franklin Ray**
              22 Cr. 228 (AT)

Dear Judge Torres:

      As the Court is aware, I represent the defendant, Franklin Ray, in the above referenced matter. I am writing with the consent of Pretrial Services to respectfully request a modification of Mr. Ray's bail conditions to add the following permissions for Mr. Ray going forward in this matter:

1) That Mr. Ray be permitted to travel to the Western District of Michigan with prior approval from Pretrial Services, without prior approval from the Court; and

2) That Mr. Ray's curfew be extended to permit him to leave his home from 5:00 AM to 10:00 PM, and that modifications to this new curfew may be permitted with prior approval from Pretrial Services without prior approval from the Court.

Notably, the Government defers to Pretrial Services' position regarding this request.

The Court's time and attention are very much appreciated.

GRANTED.

SO ORDERED.

Dated: March 2, 2023
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge