UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FRANKLIN RAY
JOSEPH WINGET,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/9/2023_

22 Cr. 228 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a change of plea hearing for Defendant Franklin Ray on **March 28, 2023**, at **2:30 p.m.**, in Courtroom 15D, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: March 9, 2023
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge