```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

FRANKLIN RAY,
JOSEPH WINGET,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/21/2023_

22 Cr. 228 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 80.

    SO ORDERED.

Dated: July 21, 2023
       New York, New York

ANALISA TORRES
United States District Judge