LAW OFFICE OF ANTHONY S
245 MAIN STREET, SUITE 420, WHITE PLAIN
OFFICE: 914.844.1551 | FAX: 914.517.5952 | AS@

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/20/2023_

Novembe

**By ECF**
Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Franklin Ray**
    22 Cr. 228 (AT)

Dear Judge Torres:

As the Court is aware, I represent the defendant, Franklin Ray, in the above referenced matter. Mr. Ray is scheduled to be sentenced tomorrow. I am writing to respectfully request a short adjournment until November 27, 2023. Notably, the government opposes this request.

The Government has recently provided restitution amounts and victim impact letters, which include language regarding specific loss amounts. After reviewing some of this information with the Government, it appears that some of these amounts are incorrect and overstated. While the Defendant has not had enough time to cross reference all of the listed amounts, there may very well be millions of dollars in discrepancies. We respectfully submit that this issue is more than simply a restitution issue, as it is significant enough to impact the Court's determination of an appropriate sentence in this matter. For example, the Court should know whether certain victims were- or will be- made whole, and/or whether any victims made any material misrepresentations to the Government.

The Defendant is aware of the timing of this request, however, due to the volume of the information that was recently provided, the Defendant was simply unable to cross reference all of the records in time for sentencing. The Defendant originally thought this would only be a restitution issue that could be resolved post-sentence if necessary. However, we are now concerned it could impact the Court's determination of an appropriate sentence.

GRANTED. The sentencing scheduled for November 21, 2023, is ADJOURNED to **November 28, 2023, at 11:00 a.m.**

By **November 27, 2023**, at **12:00 p.m.**, the parties shall submit a proposed consent order of restitution; if the parties cannot reach agreement, the parties shall each file proposed orders of restitution.

SO ORDERED.

Dated: November 20, 2023
       New York, New York

ANALISA TORRES
United States District Judge