LAW OFFICE OF ANTHONY STRAZZA
245 MAIN STREET, SUITE 420, WHITE PLAINS, N
OFFICE: 914.844.1551 | FAX: 914.517.5952 | AS@STRA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2023

December 18, 2023

**By Electronic Mail**
Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Franklin Ray</u>
22 Cr. 228 (AT)

Dear Judge Torres:

    As the Court is aware, I represent Defendant, Franklin Ray, in the above referenced matter. On March 28, 2023, Mr. Ray entered a plea of guilty pursuant to a plea agreement. On November 21, 2023, Mr. Ray was sentenced to 212 months' imprisonment. On December 11, 2023, Notice of Appeal was timely file with the clerk of the United States District Court for the Southern District of New York. The issue as to the amount of restitution to be ordered remains outstanding before this Court. The parties are currently in the process of trying to determine the correct amount.

    During recent conversations with Defendant counsel was advised of the following: (i) Defendant wishes to appeal his conviction and sentence; (ii) Defendant intends to assert allegations of ineffective assistance of counsel; and (iii) Defendant wishes to have new counsel appointed. As such, I am writing to respectfully request to be relieved as counsel and requesting the Court to appoint new counsel in this matter.

    The Court's time and attention to this request are very much appreciated.

Respectfully submitted,

Anthony Strazza

GRANTED. The Clerk of Court is directed to terminate Anthony Strazza from the docket.

SO ORDERED.

Dated: December 20, 2023
       New York, New York

ANALISA TORRES
United States District Judge