```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2023

UNITED STATES OF AMERICA,

-against-

FRANKLIN RAY,

                Defendant.

22 Cr. 228 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The C.J.A. attorney assigned to receive cases on December 20, 2023, John Zach, is hereby ordered to assume representation of the defendant in the above-captioned matter.

Dated: December 20, 2023
       New York, New York

                                                  _____
                                                     ANALISA TORRES
                                               United States District Judge