

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/2/2024__

February 1, 2024

**VIA ECF AND ELECTRONIC MAIL**
Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Franklin Ray*, **22 Cr. 228 (AT)**

Dear Judge Torres:

We respectfully write in connection with the upcoming surrender of Franklin Ray to serve the 212-month sentence imposed by the Court on November 28, 2023.

On January 31, 2024, the Court granted the Defendant's request to surrender on February 5, 2024, but the Defendant's Letter did not specify a time. The Defendant respectfully requests that the Court clarify that he is required to surrender by **2 p.m.** on Monday, February 5, 2023.

Mr. Ray's Pretrial Supervision officer, Officer Clifford (copied here) has requested that he been included in all communications regarding Mr. Ray's surrender date and time as he will need to know Mr. Ray's location for removal and return of his monitoring equipment.

We appreciate the Court's consideration of these applications.

Respectfully submitted,

*/s/ John T. Zach*
John T. Zach/Megan Nyman

Copies to:
AUSA Matthew Weinberg (via ECF)
Pretrial Supervision Officer David Clifford (via email at david_clifford@MIEPT.uscourts.gov)

By **Monday, February 5, 2024**, at **2:00 p.m.**, Defendant shall surrender at his designated BOP facility, Oxford Federal Correctional Institution.

SO ORDERED.

Dated: February 2, 2024
       New York, New York

ANALISA TORRES
United States District Judge