USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 6/20/2024

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X  
:  
UNITED STATES OF AMERICA :  
: **FINAL ORDER OF**  
    -v.- : **FORFEITURE**  
:  
FRANKLIN RAY, : S1 22 Cr. 228 (AT)  
:  
    Defendant. :  
:  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X  

WHEREAS, on or about March 30, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 64), which ordered the forfeiture to the United States of all right, title and interest of FRANKLIN RAY (the "Defendant") in the following property:

    a. Approximately $8,014,542.84 on deposit in JP Morgan Chase account number 587327039 held in the name of "CSA Business Solutions LLC" (the "CSA Business Solutions Account-1");

    b. Approximately $29,928.26 on deposit at Comerica Bank account number 1853227906 (the "Comerica Bank Account");

    c. Approximately $20,298.38 on deposit in JP Morgan Chase account number 707327828 (the "JP Morgan Chase Bank Account");

    d. Approximately $13,088.90 on deposit at DFCU Financial checking account number 209383348, held in the name of "Franklin G. Ray" (the "Ray Account");

    e. Approximately $39,596.23 on deposit in PNC Bank Account 41-6216-2537 in the name of Marsha G. Ray and Franklin Ray (the PNC Bank Account);

    f. Approximately $84,555.05 on deposit in Fifth Third Bank account number 7981225365 held in the name of "CSA Business Solutions LLC" (the "CSA Business Solutions Account-2"); and

    g. Approximately $105,838.73 on deposit in JPMorgan Chase account number 659155698 held in the name of "CSA Aviation Inc." (the "CSA Aviation Account");

(a. through g., collectively, the "Forfeited Accounts");

WHEREAS, pursuant to the Preliminary Order of Forfeiture, the Government seized the following property from the Forfeited Accounts:

a. $8,014,542.84 in United States currency from the CSA Business Solutions Account-1;
b. $29,928.26 in United States currency from the Comerica Bank Account;
c. $20,298.38 in United States currency from the JP Morgan Chase Bank Account;
d. $13,088.90 in United States currency from the Ray Account;
e. $84,666.05 in United States currency from the CSA Business Solutions Account-2; and
f. $105,838.73 in United States currency from the CSA Aviation Account.

(a. through f. collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 16, 2023, for thirty (30) consecutive days, through June 14, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on June 18, 2024 (D.E. 127);

WHEREAS, on or about August 7, 2023, notice of the Preliminary Order of Forfeiture was sent via electronic mail to: Joe Winget; Ronda Winget; and Robert Mons (collectively, the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and/or the Noticed Parties are the only people and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

      3.      The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

SO ORDERED.

Dated: June 20, 2024
       New York, New York

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE