```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/1/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

FRANKLIN RAY,

                Defendant.

22 Cr. 228-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 30, 2025, the Court received a letter dated April 14 from Defendant *pro se*, Franklin Ray, requesting leave from the Government to alter the designation of materials designated as Confidential under the protective order dated May 23, 2022. ECF No. 133; *see* ECF No. 30 ¶ 9. The Government shall construe Mr. Ray's request liberally in light of Mr. Ray's *pro se* status and, by **May 21, 2025**, file its response on the docket..[1]

    The Clerk of Court is respectfully directed to mail a copy of this order to Defendant *pro se* at the following address:

    Franklin Ray 31163-039
    Federal Correctional Institution
    P.O. Box 1000
    Oxford, Wisconsin
    53952

    SO ORDERED.

Dated: May 1, 2025
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge

---

[1] If necessary, the Government may seek leave to file its response under seal.