```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

FRANKLIN RAY,

　　　　　　　　　Defendant.

22 Cr. 228-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　The Court has reviewed the letters filed by Defendant *pro se*, Franklin Ray, *see, e.g.*, ECF Nos. 140, 143, seeking certain documents, and the Government's response, ECF No. 142. The Court finds that Defendant would benefit from counseled advocacy on his requests. Accordingly, attorney Donna R. Newman is APPOINTED as counsel to Mr. Ray under the Criminal Justice Act.

　　By **December 4, 2025**, defense counsel shall file a status update in this matter.

　　The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Ray at the following address:

　　DIN #: 31163-039
　　FCI Oxford
　　P.O. Box 1000
　　Oxford, WI 53952

　　SO ORDERED.

Dated: October 10, 2025
　　　　New York, New York

_____
ANALISA TORRES
United States District Judge