UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FRANKLIN RAY,

              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2025
```

22 Cr. 228-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated October 10, 2025, the Court appointed attorney Donna R. Newman as counsel to Defendant Franklin Ray under the Criminal Justice Act to provide counseled advocacy on certain post-judgment letter requests Mr. Ray submitted to the Court. ECF No. 144. Because Mr. Ray may seek other post-conviction relief and the Court finds that he would benefit from counseled advocacy on those requests, the Court expands Ms. Newman's appointment, to include any other post-conviction relief that Mr. Ray may seek from this Court. In the December 4, 2025 status update, defense counsel shall inform the Court whether Mr. Ray seeks to pursue any post-conviction relief.

      The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Ray at the following address:

    DIN #: 31163-039
    FCI Oxford
    P.O. Box 1000
    Oxford, WI 53952

    SO ORDERED.

Dated: October 24, 2025
       New York, New York

                                      ANALISA TORRES
                               United States District Judge