UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FRANKLIN RAY,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/5/2025

22 Cr. 228-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received defense counsel's status update filed at ECF No. 148.  By
**December 18, 2025**, defense counsel shall file a further update concerning the pending requests
for documents.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 146 and
148.

Dated: December 5, 2025
          New York, New York

_____
        ANALISA TORRES
    United States District Judge