USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2025

LAW OFFICES OF

DONNA R. NEWMAN

ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

December 18, 2025

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

Re: United States v. Ray, 22-CR-228 (AT)

Dear Judge Torres:

Please accept this letter as the further status update that Your Honor ordered on December 5, 2025. (Dkt. #149).

The Defense has obtained a copy of what we believe is the majority, if not all, of the discovery in this case and has gone through it, sending a list to the Government of the materials that we believe are responsive to Mr. Ray's requests as outlined in his letter (Dkt. #140). In addition, we have reached out to Mr. Ray to ascertain whether he has a copy of certain voluminous materials connected to the negotiations over restitution that it appears were sent to him by prior counsel.

We continue our discussions with the Government about what materials Mr. Ray may possess while in the custody of the Bureau of Prisons. For these reasons, I respectfully propose that the Defense file another update concerning this matter with the Court in two weeks (on January 2, 2026).

I thank the Court for its consideration of this submission.

GRANTED.  By **January 2, 2026**, Defendant shall file another status update with the Court.

SO ORDERED.

Dated:  December 19, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge