USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _11/4/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN RAY,

Petitioner,

-against-

UNITED STATES OF AMERICA,

Respondent.

22 Cr. 228 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Franklin Ray's motion to vacate his conviction and accompanying exhibits, *see* ECF Nos. 154, 154-1, 154-2, 154-3, and does not find "that the files and records of the case conclusively show that the prisoner is entitled to no relief." 28 U.S.C. § 2255(b).

Accordingly, by **December 16, 2026**, the Government shall file its opposition to the motion to vacate.

By **January 6, 2027**, Ray shall file his reply, if any.

SO ORDERED.

Dated: November 4, 2026
New York, New York

ANALISA TORRES
United States District Judge